[No. 31277-4-I.   Division One.   January 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KIMBERLY S. KEMPER, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00982-8, Frank L. Sullivan, J., entered July 23, 1992. *Reversed* by unpublished per curiam opinion.

[No. 26559-8-I.   Division One.   January 4, 1993.]

THE CITY OF SEATTLE, *Respondent*, v. ANDREW HOLMES, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-03246-1, William L. Downing, J., entered June 19, 1990. *Reversed* by unpublished per curiam opinion.

[No. 30074-1-I.   Division One.   January 4, 1993.]

JOHN D. LOWERY, ET AL, *Appellants*, v. AETNA LIFE & CASUALTY CO., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-09432-4, Carol A. Schapira, J., entered January 21, 1992. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Coleman and Agid, JJ.

[No. 27541-1-I.   Division One.   January 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CLEOPHAS DEAN, JR., ET AL, *Defendants*, CHARLES LEE GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81-1-00238-9, Joan E. DuBuque, J., entered December 10, 1990. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Coleman and Agid, JJ.